# EXHIBIT H

 

| DEPARTMENTS | EMPLOYMENT | JAIL INFORMATION | HOW DO I ? | PRESS | CONTACT US |
|---|---|---|---|---|---|

# Courtroom Services

Home > Departments > Court Services Department > Courtroom Services

**Courthouse Locations**

**Items Prohibited from Courthouses**



Deputy sheriffs assigned to the Courtroom Services Division are responsible for all aspects of court security, which includes inmate control and courtroom decorum as well as security at all courthouse entrances. When a person visits a court facility, regardless of the reason, they are required to go through a security entrance and submit to a search. Every year, arrests are made of individuals attempting to bring weapons, narcotics, controlled substances and other contraband into the courthouses. Securing inmates who are brought to court for trial may be the most important function that the courtroom deputy performs. Providing safety and security to the judges in the courtrooms is also a very high priority since the judge, as the imposer of penalties, is often the target of emotional and sometimes physical outbursts. In addition to these duties, deputy sheriffs must also maintain the decorum of the entire courtroom, including the people in the gallery, jurors, witnesses and attorneys.

Home > Departments > Court Services Department > Courtroom Services

Home / Site Map / Search Site / Legal Disclaimer / Login

 Select Language | ▼

Copyright 2017 © Cook County Sheriff's Office. All Rights Reserved.

**Main Phone Number
(773) 674-CCSO (2276)**

  

## QUICK LINKS

**Search for Inmate Information/Visitation Registration**

**Safe Disposal of Prescription Drugs**

**Submit a Crime Tip**

**Freedom of Information Act Request**

**Detainee Discharge**

**Animal Abuser Registry Look-up**

**Prevent Opioid Overdose**

**Sheriff's Reentry Assistance Network**

**Public Corruption Complaint Forms**

**Merit Board Decisions & Video**

**Civil Process Service Lookup**

**Evictions, Foreclosures & Civil Process**

**Sheriff's Employment Action Manual**

Social Services

Internet Safety Tips

Complaints

Firearm Information