# EXHIBIT I



| Date | Description |
| --- | --- |
| October, 2015 | Discussion with Sheriff, State about exposure; signs posted at the jail |
| January, 2016 | Discussion with State, Jail, classes at jail given by David Dunne and others |
| January, 2016 | Email sent to office detailing work done |
| September, 2016 | Discussion with 26th Street presiding judge, decision made to keep exposure cases at FTD |
| January 31, 2017 | Meeting with APDs at 26th Street |
| February 6, 2017 | Sheriff decides to shackle all defendants in the lockup |
| February, 2017 | SB2220 introduced, making second public indecency act a felony and subject to sex offender registration |
| March 21, 2017 | Letter to Sheriff Dart, with copies to the State, Chief Judge, and County |
| March, 2017 | Problem brought to NAPD Leadership Conference for Brainstorming on solutions |
| April, 2017 | Sheriff uses special jumpsuits for detainees accused of sexual misconduct; suits thrown into microwave, discontinued |
| May, 2017 | Extra Sheriffs are added to floors 4 through 7, problem abates |
| August 21, 2017 | Extra Sheriffs withdrawn from floors 4 through 7 |