**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRYSTAL BROWN, SARAN CRAYTON, SAMANTHA SLONIM, CELESTE ADDYMAN, ERIKA KNIERIM and JULIE HULL, on Behalf of Themselves and a Class of Similarly Situated Persons, <br><br> Plaintiffs, <br><br> COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her official and individual capacity as Public Defender of Cook County; and THOMAS DART, in his official and individual capacity as Sheriff of Cook County, <br><br> Defendants. | Case No. 17 C 8085 <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Daniel G. Martin |

**EXHIBIT LIST FOR PLAINTIFFS' COMPLAINT**

1. Exhibit A – January 31, 2016 *Chicago Sun Times* article "Jail inmates target female guards, lawyers with sexual abuse"

2. Exhibit B – March 21, 2017 Letter from A. Campanelli to Sheriff Dart

3. Exhibit C – Crystal Brown's October23, 2017 Class EEOC Charges

4. Exhibit D – October 25, 2017 Letter from Potter Bolaños LLC to Defendants

5. Exhibit E – October 28, 2017 *Chicago Sun Times* article "Public defenders pushed to breaking point by masturbating inmates"

6. Exhibit F – October 31, 2017 CCPD Memo Re: No Public Defender Personnel Allowed in Lockups

7. Exhibit G – October 21, 2017 Letter from Potter Bolaños LLC to Defendants

8. Exhibit H – Cook County Sheriff Thomas Dart's Website Page "Courtroom Services"

9. Exhibit I – CCPD Flowchart from the October 18, 2017 Meeting