# EXHIBIT I

## DECLARATION OF PATRICIA DILLION

I, PATRICIA DILLION, on oath and under penalty of perjury, and upon my personal knowledge and belief, declare that the foregoing is true and correct pursuant to 28 U.S.C. §1746 as follows:

1. I am over eighteen years of age.

2. I am an attorney and am licensed to practice law in the State of Illinois.

3. I have worked for Cook County and the Cook County Public Defender's Office as an Assistant Public Defender ("APD") since on or about August, 1993.

4. On October 31, 2017, Amy Campanelli, the Cook County Public Defender, issued a directive barring APDs from entering the lockup at the court house located at 26th Street and California Avenue. See TRO Exhibit ___.

5. On November 6, 2017, along with two other APDs spoke with one of the supervisory judges in chambers, at our request. Also present was an Assistant States' Attorney. We told the judge that we had been subjected to detainee sexual assaults, harassment and masturbation for more than two years.

6. On November 6, 2017, the Judge advised me and the other attorneys from the Public Defender's Office that he had been discussing the situation with other judges. In response to our statements of ongoing sexual harassment and danger to us in the lockup, he said he would not permit us to interrupt his call, pass any cases for us to talk to our clients in the courtrooms, would not order the sheriff to bring the clients from the lockup to talk to us, and would not order us into the lock up. He said he would not hesitate to file disciplinary charges against each of us with the Illinois Attorney Registration and Disciplinary Commission (ARDC) if following Ms. Campanelli's directive barring us from visiting clients in the courtroom lockup detrimentally affected the defendants. My PD partner was so upset she had to leave chambers.

7. The Judge's order and the threat of ARDC charges and other conflicts has created a no-win situation for me and the other APDs, and is in effect forcing me to contravene Ms. Campanellis' directive and put myself in further danger of sexual assaults and potential discipline, or face ARDC charges from a supervising Judge.

DECLARANT FURTHER SAYETH NAUGHT.

/S/ _____

PATRICIA DILLION

Dated: November 7, 2017