**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CRYSTAL BROWN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv--8085 |
| | ) | |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| COOK COUNTY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR REASSIGNMENT
OF CASE NO. 17-cv-8146 TO THIS COURT'S DOCKET,
FROM JUDGE FEINERMAN'S DOCKET**

Pursuant to Local Rule 40.4, plaintiffs in Case No. 17-cv-8146—*Howard et al. v. Cook County et al.,* which has been assigned to Judge Feinerman—request a finding that their case is related to this one and, for that reason, for reassignment of that case from Judge Feinerman's docket to this Court's docket.

As an alternative to unilateral reassignment pursuant to Local Rule 40.4, this Court could also consider reassignment by agreement with Judge Feinerman under Rule 13(d) of the Court's internal operating rules.[1]

A separate memorandum of law setting forth the commonality of these two cases and the extent to which the conditions required by Local Rule 40.4(b) will be

---

[1] Plaintiffs acknowledge that the Internal Operating Rules do not confer rights on litigants.

met if the cases are found to be related, see, e.g., Local Rule 40.4(c), has been filed simultaneously with this motion.

WHEREFORE, plaintiffs in Case No. 17-cv-8146 request (a) a finding by this Court that their case is related to Case No. 17-cv-8085, already assigned to this Court, and (b) reassignment of their case to this Court's docket, either under Local Rule 40.4(b) or Internal Operating Rule 13(d).

Dated: November 15, 2017

Respectfully submitted,

/s Joshua Karsh
One of the attorneys for Plaintiffs (in *Howard v. Cook County,* No. 17 cv 8146

Marni Willenson
marni@willensonlaw.com
Samantha Kronk
skronk@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn St.
Suite 610
Chicago, IL 60605

Joshua Karsh
jkarsh@hsplegal.com
HUGHES SOCOL PIERS
 RESNICK & DYM, LTD.
70 W. Madison St.
Suite 4000
Chicago, IL 6060
312.604.2630

2