IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, SARAN CRAYTON, SAMANTHA SLONIM, CELESTE ADDYMAN, ERIKA KNIERIM and JULIE HULL, on Behalf of Themselves and a Class of Similarly Situated Persons, <br><br>Plaintiffs, <br><br>COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her official and individual capacity as Public Defender of Cook County; and THOMAS DART, in his official and individual capacity as Sheriff of Cook County, <br><br>Defendants. | Case No. 17 C 8085 <br><br>Judge Matthew Kennelly <br>Magistrate Judge Daniel Martin |

### AGREED PRELIMINARY INJUNCTION ORDER BETWEEN PLAINTIFFS AND THE COOK COUNTY PUBLIC DEFENDER DEFENDANTS

This matter is before the Court upon Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. #9) pursuant to this Court's Orders of November 22, 2017, and the Parties having agreed as follows, the Court hereby enters the following Order:

1.  On November 8, 2017, Plaintiffs filed a Complaint (the "Complaint") against various Defendants including, among others, the Law Office of the Cook County Public Defender ("CCPD") and Amy Campanelli in her individual and official capacity as the Cook County Public Defender (collectively, the "CCPD Defendants"). (ECF No. 1.)

2.  On November 9, 2017, Plaintiffs filed a Motion For Temporary Restraining Order And Scheduling Of Preliminary Injunction Hearing (the "Motion"). (ECF No. 9.)

3.  The CCPD Defendants' agreement to this Order shall not be construed as an admission of liability.

4.  The CCPD Defendants will maintain their policy that prohibits retaliation against any person for participating in the litigation, reporting any incident of sexual misconduct, or complaining about detainee sexual harassment and will recirculate the policy to all employees of CCPD Defendants by email.

1

5.      CCPD Defendants withdrew the directive reflected in their Memorandum dated October 31, 2017, effective November 22, 2017.  Defendants will not re-issue a directive containing the language in their Memorandum dated October 31, 2017 without first providing reasonable notice to the undersigned Plaintiffs' counsel.  CCPD Defendants will meet and confer with the undersigned Plaintiffs' counsel within two business days thereafter to attempt to resolve the matter.

6.      The CCPD Defendants will distribute by email to all CCPD employees the policies and procedures issued by the Cook County Sheriff and provided to the CCPD Defendants implementing the Agreed Order dated November 28, 2017, entered in this action between Plaintiffs and Thomas Dart, Sheriff of Cook County.

7.      This Order and the agreements reflected herein shall remain in effect during the pendency of the Complaint, while each Party remains a party to this action.

This Order is entered at 2:15 p.m. on  November 28, 2017.

        Enter:

        _____
        Matthew F. Kennelly
        United States District Judge

42651385v.3