# EXHIBIT C



# Law Office of the
# COOK COUNTY PUBLIC DEFENDER
2650 S. CALIFORNIA · 7TH FLOOR · CHICAGO, IL 60608 · (773) 674-3217 TEL · (773) 674-3247 FAX

Amy P. Campanelli · Public Defender

To: FTD Attorneys
From: Marc Stahl
Date: October 31, 2017
Re: No Public Defender Personnel Allowed in Lockups

The Public Defender has been extremely concerned about the security of our personnel. Assistant Public Defenders have been spat on, grabbed, and even physically attacked by inmates. In addition, our female attorneys have been subjected to repeated acts of public indecency. The situation has been particularly bad since the Sheriff removed the extra deputies that had been providing security in the lockup areas behind the courtrooms.

A week and a half ago, an inmate with three pending public indecency cases was left unrestrained in a lockup without any deputies present and masturbated in front of an Assistant Public Defender. Our office complained to the Sheriff's Department about what happened and we were assured that they would follow up on the incident. Yesterday, the same mistake was repeated. Another inmate with three public indecency charges since arriving in the jail (as well as two aggravated batteries committed against correctional officers) was left in the lockup area behind a courtroom without restraint and without any security personnel. The inmate showed off his genitals and masturbated in front of an Assistant Public Defender.

The Public Defender strongly disagrees with the Sheriff's decision to remove additional security personnel from the lock up areas. But if the Sheriff will not expend the funds to provide that security, the absolute minimum we should expect is that inmates with previous public indecency incidents will not be left unrestrained and without security in the lockup areas. If the Sheriff cannot provide even this minimal level of protection from repeat offenders, the Public Defender cannot allow her personnel to work in the lockup areas.

***Per the direction of Amy Campanelli, no employee of the Cook County Public Defender may enter any courtroom lockup area at the Leighton Criminal Courts Building until further notice.*** Assistant Public Defenders may request that courtroom deputies bring inmates out of the lockups to speak with clients where other inmates are not present and the risk of public indecency is greatly minimized (e.g., jury rooms or ante-rooms). If you have any questions about this policy, please speak with your supervisor.

Finally, the Public Defender also wants to know if there is any retaliation by any deputy, judge, or other personnel because of the refusal to go into the lockups. Please notify your supervisor immediately if there is any retaliation, preferably via e-mail.