Message

| | |
|---|---|
| **From:** | Michael Morrissey (Public Defender) [michael.morrissey@cookcountyil.gov] |
| **Sent:** | 3/13/2017 7:59:00 PM |
| **To:** | Amy Campanelli (Public Defender) [amy.campanelli@cookcountyil.gov] |
| **Subject:** | Deputy Sheriff for 26th St. |
| **Attachments:** | AMY CAMPANELLI (DEPUTY SHERIFFS AT 26TH STREET).docx |

Please see memo attached.

*Michael J. Morrissey*
*Deputy of Central Division*
*Law Offices of Cook County Public Defender*
*2650 S. California Avenue, 7th Floor*
*Chicago, Illinois 60608*

*(773) 674-3217 (Office)*
*(773) 674-5845 (Fax)*

*michael.morrissey@cookcountyil.gov*


**EXHIBIT**
122

CCPD_003258



Law Office of the
COOK COUNTY PUBLIC DEFENDER
2650 S. CALIFORNIA · 7TH FLOOR · CHICAGO, IL 60608 · (773) 674-3217 TEL · (773) 674-3247 FAX

Amy P. Campanelli · Public Defender


## M E M O R A N D U M


To:  Amy Campanelli
     Public Defender of Cook County

From:  Michael J. Morrissey
       Deputy Assistant Public Defender - Central Division

Re:  Deputy Sheriffs for the 26th Street Bullpens

Date:  March 13, 2017


On Thursday, March 9, 2017, at the Executive Team Meeting we discussed our efforts to provide deputy sheriffs for the 26th Street bullpens. I think we agree that a deputy should be assigned to each of the 32 felony courtroom bullpens to stop the epidemic outbreak of masturbation by incarcerated inmates directed at our female lawyers and law clerks.

Approximately two week ago Marc Stahl and I had a meeting with Eddie Avant. Mr. Avant is in charge of court services for the Sheriff's Office. He is responsible for all of sheriff's courtroom staff throughout the County.

During this meeting Mr. Avant told us that he was bringing extra sheriff staff to 26th Street to safe guard the bullpens. He said that there would be a sheriff assigned to patrol the cat walks between the adjoining bullpens on floors 4, 5, 6, & 7. Two Sheriffs would be assigned to each of these floors – one for the Northside bullpens and one for the Southside.

Mr. Avant said during this meeting that he did not have extra staff to assign to the bullpens on the second and third floors. He asked us to have our attorneys conduct client conferences through the chuck holes for these bullpens. We told Mr. Avant that it is extremely difficult to speak to clients in this manner and we urged him to obtain additional staff to safeguard our lawyers.

On Thursday, March 9, 2017 an inmate in Judge Sack's bullpen (courtroom 602) masturbated in the presence of one of our female law clerks.

On Friday, March 10, 2017, I met again with Mr. Avant. Mr. Avant told me that he was only able to secure 5 additional deputy sheriffs for 26th Street bullpen security. He said that one additional sheriff was assigned to the floors 4, 5, 6, and 7. This sheriff was to patrol the bullpens for the adjoining bullpens on both the North and Southside of the floors. Mr. Avant said that he needed the cooperation of the Public Defender's Office with his efforts to enhance security. He said that female Public Defenders should notify the courtroom sheriffs before going to the bullpen areas on floors 4, 5, 6, and 7. Once notified the courtroom sheriff would notify the specially assigned sheriff to accompany the female Public Defenders to the bullpen.

I told Mr. Avant that this was not a viable solution. Each day there are 20 – 25 inmates in each bullpen. Our lawyers need to speak to these inmates before and after court proceedings. The volume of the inmate meetings and the time to accomplish the meetings make Mr. Avant's plan untenable.

During my two meetings with Mr. Avant he expressed great concern for the security of our female lawyers. I believe he is genuinely sincere and supportive. He told me that he has had great difficulty getting the staffing necessary at 26th Street.

Our office needs a meeting with Sheriff Dart to personally convey the pain inflicted by these sexual assaults on our female lawyers and law clerks. It has to stop. We have the solution – 32 deputies. One deputy in front of each bullpen would end this epidemic.

Please let me know how I can be of further help.


Cc:    Marc Stahl

CCPD_003260