# EXHIBIT P

ABOUT  **DISCUSSION**  PHOTOS  EVENTS

**Chris Anderson**
2 mins

Lock-up/Jail, Compulsive Masturbation has become a flash-point. I urge everyone to take a step back for our clients' sake and consider the following. In particular, scientific studies about "Compulsive Public Masturbation" and what this means for our clients. Is it really about you? Or, is your client suffering from undiagnosed issues that are being unnecessarily criminalized? Secondly, consider Courts that have found this to be protected, free speech. Is this the clients' method of displaying displeasure at their circumstances? A measured, moment of reflection, should be taken before escalating the situation that would be unnecessarily detrimental to our clients' interests, and demonstrative of a cavalier failure to take into account our clients' psychological situations. Hopefully, the issue is not being used as a means to address displaced dissatisfaction over other, unrelated grievances! Here are the studies and cases:

Compulsive Public Masturbators often suffer from undiagnosed Brain Injury and/or Neurological Impairment that can be fixed by Cognitive Behavioral Therapy (CBT) or Medroxyprogesterone Acetate. Additionally, studies indicate that subjective attitudes of staff and the cultures of an institution can dominate

of staff and the cultures of an institution can dominate how Compulsive Public Masturbation is approached (i.e., criminalized or treated). Here are the scientific studies:

Lehne, Gregory K., Brain damage and paraphilia: Treated with medroxyprogesterone acetate, Sexuality and Disability, 1984, Vol. 7, Number 3-4, Page 145 ("public masturbation may be attributed to general disinhibition following a diagnosis of some type of organic brain damage."); Johnson, Knight & Alderman, Challenges associated with the definition and assessment of inappropriate sexual behaviour amongst individuals with an acquired neurological impairment, Brain Injury Journal, 2006, Vol. 20, Issue 7, Pages 687-693 ("Regarding Inappropriate Sexual Behaviour (ISB) amongst clients with neurological impairment, specifically Acquired Brain Injury (ABI) and dementia: subjective attitudes of staff and the culture of an institution can dominate the approach taken to dealing with ISB for these client groups"); and McCarthy, Barry, Sexually compulsive men and inhibited sexual desire, Journal of Sex & Marital Therapy, 1994, Vol. 20, Issue 3, Pages 200-209. ("Sexually compulsive males report extremely high rates of desire involving paraphiliac activity. Desire and arousal in partner sex is usually low or unstable. Cognitive-behavioral strategies and techniques are presented. The motivated male [using Cognitive-

Addyman Production 000098

●●○○○ AT&T Wi-Fi    8:24 PM    53%

🔍 Search in Present and Former M...

**ABOUT**   **DISCUSSION**   **PHOTOS**   **EVENTS**

presented... The motivated male [using Cognitive Behavioral Therapy (CBT)] (especially with a partner he is comfortable with, attracted to, and trusts) can develop a pleasurable, erotic sexual pattern that allows him to maintain desire during partner sex.")

Regarding legal ramifications, several courts have ruled that "Public Masturbation" is protected, legal activity. For example:

Oregon Court rules "Public Masturbation" protected 1st Amendment Speech, https://www.popehat.com/2017/05/15/randazza-public-masturbation-as-protected-speech/; Swedish Court rules "Public Masturbation" legal, https://jonathanturley.org/2013/09/19/swedish-court-rules-that-public-masturbation-is-legal; Italian Court rules "Public Masturbation" legal, http://www.independent.co.uk/news/world/europe/italy-supreme-court-rules-masturbation-in-public-not-criminal-offence-a7229621.html

1 Comment   Seen by 4

👍 Like    💬 Comment

**RECENT ACTIVITY**

          Addyman Production 000099

Replies to your comment on **Chris Anderson**'s **post**.   View Post

**Celeste Corrigan Addyman**
Interesting points. Complete lack of empathy for your fellow attorneys who are having their own mental health fallout from being systematically exposed to this behavior.

14m   Like   Reply   4

**Chris Anderson**
"Complete lack of empathy?" Maybe you glossed over what I posted within 2 minutes of my post. I'm suggesting, reading this and considering that the client may have mental issues that are not being considered, or anger at their situation not being understood. Perhaps, a better empathy of our clients may alleviate the perceived intentions of their actions. I'm suggesting training may help PD's understand why their clients are doing this and how to help them, instead of further criminalizing our clients.

9m   Like   Reply

**Celeste Corrigan Addyman**

Write a reply...

Addyman Production 000100



this and how to help them, instead of further criminalizing our clients.

9m  Like  Reply



**Celeste Corrigan Addyman**
**Chris Anderson** I can read pretty quickly but thanks for the insult. I did in fact read your whole post although I did not follow the links.

I'm sick and tired of people who have never experienced this tell me what I should be thinking and feeling in response to being systematically harassed and victimized (yeah, I'll say it) and having the powers that be do nothing. If you've never had to experience the stress of being afraid to go in a lockup to do your damn job because you're afraid of what you might see or be exposed to, then sit down and stop telling those of us who have what to think and how to feel.

4m  Like  Reply  👍 1



**Chris Anderson**
**Celeste Corrigan Addyman** I've been afraid, I've had worse. Thanks for the lecture and missing the point.

3m  Like  Reply

 Write a reply...   

  


Addyman Production 000101


### Chris's Post

Be the first person to like this.

**Abigail Clough**
Chris....this is a joke right? Because it's hilarious. People who commit murder because they are insane, do not get a "pass" because of mental illness. Nor should masturbaters who assault your colleagues. Report them, charge them and get off the case. Give it to a male (like yourself) who can then make the above argument in their defense. In the meantime, let's not mansplain to female colleagues what to do about sexual assault.

On an aside, everyone jumping up and down about the County's sexual harassment rep's assertion that supervisors are required to report the issue are misinformed. The only thing an employee can do (arguably) is sue their employer for placing them in this situation. The EEO can do nothing for us.

1h   Like   Reply               14

 **Emily Virginia**
I find this post really distasteful and insensitive **Chris Anderson.**

1h   Like   Reply               11

 **Sarah Fransene Spelman**
Being locked in a room in Division 10 and

 Write a comment...     

     
Addyman Production 000102

 **Chris Anderson ▶ Cook County Public Defenders**
1 hr

insensitive Chris Anderson.

1h  Like  Reply                                         👍 11

 **Sarah Fransene Spelman**
Being locked in a room in Division 10 and being masturbated on by my own (now, former) client and the action I choose to take as a result is not a means to address any dissatisfaction I'm having with my job. It's quite sad that in addition to my file folders of relevant case law, I have one folder titled "masturbation cases - personal"... I give zero shits for any undiagnosed brain injury when my safety is in jeopardy.

1h  Like  Reply                                         👍❤️ 11

 **Coryn Washington**
I'm actually very confused by this post. Which is it - sudden onset mental illness striking a large number of inmates in CCDOC (oddly enough, only when female PD's are present) or is it constitutionally protected free speech (yet presumably only protected in lock up, since indecent exposure is still a crime the last time I looked)?

1h  Like  Reply                                         👍 8

Addyman Production 000103

**Chris's Post**



**Bob Strunck**
This is just the craziest thread I have ever read!. Chris, you can not be serious.

13h   Like   Reply  4

View 2 previous replies...



**Bob Strunck**
That type of mental illness should be addressed by Deputies beating the Hell out of these mopes on the bridge.

13h   Like   Reply  1



**Melissa Smejkal**
So this is a mental illness that started in 2016 and only exists in cook county DOC when female PD's or sheriffs are present?

13h   Like   Reply  4



**Ken Fletcher**
Chris, STOP! GIVE IT UP!

13h   Like   Reply

 Write a reply...



**Bob Strunck**
Gee whiz, I guess if a high school student does not like his situation in algebra class,

 Write a comment...   

     

### Chris's Post


**Bob Strunck**
Gee whiz, I guess if a high school student does not like his situation in algebra class, he can just whip it out and slam.
13h   Like   Reply                                 👍 2


**Jules Campbell**
Hahah
13h   Like   Reply


**Ashley Petrey**
"whip it out and slam" - permission to use, Bob?
13h   Like   Reply


Write a reply...


**Bob Strunck**
How about a defendant decides he is uncomfortable sitting at the table in front of a jury? Is he allowed to spank it?
13h   Like   Reply                                 👍 1


**William P. Wolf**
I am somewhat stunned by this post. This was one part of my former job I hated. I always preferred not talking about masturbation.

Write a comment...

Addyman Production 000105

## Chris's Post



**William P. Wolf**
I am somewhat stunned by this post. This was one part of my former job I hated. I always preferred not talking about masturbation.

13h  Like  Reply



**Bob Strunck**
Who the Hell are you kidding?

13h  Like  Reply

 Write a reply...



**Bob Strunck**
Why aren't these defendants going blind?

13h  Like  Reply



**Adair Crosley**
Escalate quickly? This issue has been on management and the sheriff's radar for two years and next to nothing has been done. I remember when they tried staffing lockup with extra deputies--I don't know how well it worked since it only lasted less than a week, as I recall, before Dart or his minions said they didn't have the manpower. Then they tried handcuffing everyone in lockup-- with their hands in the front (allegedly bc they didn't have the staff to deal with unlocking them every time they needed to

 Write a comment...   

   

Addyman Production 000106

**Chris's Post** 

they tried handcuffing everyone in lockup--with their hands in the front (allegedly bc they didn't have the staff to deal with unlocking them every time they needed to go th bathroom). No matter--this was not a solution and either way our management, as I understand, called for an end to it because it was cruel. The best solution we've been given to date is to sign complaints (though we're usually discouraged from doing so) but as the majority of the offenders are already looking at 25+ year sentences, a misdemeanor charge is no deterrrant. If anyone else has other ideas how we, as indivial attorney who are subject to this, can handle this in an effective yet humane way, please share.

10m   Like   Reply                             3


**Chris Anderson**
I guess I over estimated peoples' patience and underestimated their contempt for difficult , troubled clients. It's a new day indeed.

1m   Like   Reply

   **Celeste Corrigan Addyman**
I had a lot of patience two years ago.

Just now   Like   Reply

   Write a reply...

   Write a comment...     

         

Addyman Production 000107

 Chris's Post

**Chris Anderson**
I guess I over estimated peoples' patience and underestimated their contempt for difficult, troubled clients. It's a new day indeed.

13h   Like   Reply

View 2 previous replies...

**Ken Fletcher**
Right, **Chris**, you are correct and we are all wrong. I guess we all underestimated your arrogance and overestimated your empathy for your colleagues. Very sad.

13h   Like   Reply    2

**Carly Rose**
Our patience? How long should be get assaulted? Another two years? We want to help OUR clients more than anyone. We are in courtrooms EVERY DAY. We have asked for help, for consideration for us and our clients. Give me a solution? A solution to getting spit on, grabbed, and jacked off in front of on a DAILY basis.

13h   Like   Reply    2

**Ken Fletcher**
**Carly Rose**, just "understand". SMDH

Write a comment...

Addyman Production 000108

**Chris's Post**



**Ken Fletcher**
Right, **Chris**, you are correct and we are all wrong. I guess we all underestimated your arrogance and overestimated your empathy for your colleagues. Very sad.

13h  Like  Reply    2



**Carly Rose**
Our patience?  How long should be get assaulted?  Another two years?  We want to help OUR clients more than anyone.  We are in courtrooms EVERY DAY. We have asked for help, for consideration for us and our clients.  Give me a solution?  A solution to getting spit on, grabbed, and jacked off in front of on a DAILY basis.

13h  Like  Reply    2



**Ken Fletcher**
**Carly Rose** , just "understand". SMDH

13h  Like  Reply

  Write a reply...



**Ashley Petrey**
Here comes Chris telling everybody how to be a lawyer again.  #whitemalesyndrome

13h  Like  Reply    1

  Write a comment...    

   

Addyman Production 000109