# EXHIBIT Z

Message

| | |
|---|---|
| From: | Kathryn PerryHopkins (Human Resources) [Kathryn.PerryHopkins@cookcountyil.gov] |
| Sent: | 6/28/2017 7:04:01 PM |
| To: | Lester Finkle (Public Defender) [lester.finkle@cookcountyil.gov] |
| Subject: | Concerns re: Inmates |

Hi Lester,

I wanted to let you know about a concern that Ingrid Gill brought to my attention. She reported that female attorneys meeting with clients in the jail or courthouse lock-up areas have been experiencing sexual harassment from the inmates. Specifically, she said that inmates are exposing themselves and/or masturbating in the presence of the attorneys. She is concerned that the behavior is not being appropriately addressed by the Sheriff's Department correctional officers (and noted that one CO told a female attorney that she was "too sexy" after she reported an inmate masturbating on 6/15).

I'm sure this is not new information to you; it sounds as if it's something that the PD's office is already trying to address with the Sheriff's Department, but I wanted to loop you in. Unfortunately, as I'll be explaining to Ingrid in a separate email, it's not something that the EEO Office can address. We are able to address harassment by either recommending discipline for employees who violate the policy or by recommending that third parties (e.g., vendors or contractors) who violate the policy not be allowed in proximity to the complaining employee. Here, the female attorneys need to go into the lockup in order to perform their jobs, and we can't very well bar inmates from meeting with their attorneys.

Let me know if you'd like to discuss the issue further.

Thanks,

Kathryn Perry Hopkins
EEO Officer
Cook County Bureau of Human Resources
118 N. Clark St., Suite 840
(312) 603-6577