# EXHIBIT AA

Message

**From:** Crystal Gray (Public Defender) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D982D35A667F44F5816CF7B4195BEEEF-CRYSTAL GRA]
**Sent:** 2/3/2017 6:03:43 PM
**To:** David Dunne (Public Defender) [david.dunne@cookcountyil.gov]
**Subject:** RE: Washlow indecent exposure episode

Thanks for the information

---

**From:** David Dunne (Public Defender)
**Sent:** Friday, February 03, 2017 12:01 PM
**To:** Crystal Gray (Public Defender)
**Subject:** Washlow indecent exposure episode

Crystal-

I am forwarding an e-mail Samantha Washlow sent to Jack about an indecent exposure incident. According to Jack, Katie Vahey has also had a similar problem at the jail. He will forward me the details when he gets them.

I will e-mail the attorneys that they are to notify management if there are any such issues @ CCDOC or at Bridgeview. So far, I have only heard of incidents at the jail, and no incidents at the facilities in Bridgeview.

DD

---

**From:** Jack Verges (Public Defender)
**Sent:** Friday, February 03, 2017 11:02 AM
**To:** David Dunne (Public Defender)
**Subject:** FW: indecent exposure

---

**From:** Samantha Washlow (Public Defender)
**Sent:** Friday, February 03, 2017 10:42 AM
**To:** Jack Verges (Public Defender)
**Subject:** indecent exposure

Hi Jack,

I was at Division 11 jail on January 24, 2017 visiting a client with co-counsel Camille Calabrese, at approximately 1-2pm. While interviewing the client a couple of other inmates were watching us on the other side of the glass window and they were exposing themselves and masturbating.

When we ended the interview with our client. I said something to the male officer who was escorting us out. And was told "now you know what we deal with". This lack of concern by the officer deterred me from filing a report.

Thank you for your concern,

Samantha

CCPD_007664