# EXHIBIT BBBB

**Lester Finkle (Public Defender)**

**From:** Lester Finkle (Public Defender)
**Sent:** Monday, January 25, 2016 2:21 PM
**To:** Lester Finkle (Public Defender)
**Subject:** Responding to masturbation by pretrial detainees

There has been an increase in pretrial detainees exposing themselves and masturbating in front of our Office staff. These incidents are occurring in the jail and in the bullpens behind the individual courtrooms. It cannot be emphasized enough that every person is entitled to dignity and respect. No one in this Office need ever tolerate an assault on their dignity, professionalism, or sensibilities.

The Public Defender takes this issue very seriously. Any person who is assaulted in this manner has the right to report the conduct to the Sheriff and/or to file criminal charges. The applicable criminal charge is public indecency. The Public Defender supports the decision of every person affected, and supports the decision to file charges or not to file charges. While it is understood that some people in this Office shrug off such episodes, which is their personal decision. It is unacceptable and will not be tolerated if criticism is levied against someone who chooses to file charges, nor will it be tolerated if criticism is levied against someone who chooses not to file charges.

In order to gauge the extent of the problem, however, whether you choose to file a complaint or not, report the improper conduct to your supervisor.

For your information, the Public Defender has talked with representatives of the State and Sheriff's offices about this issue. We have learned that the Sheriff's office has an internal discipline process whenever a report of improper conduct is filed. That internal process can lead to segregation, revocation of privileges, and a loss of up to 60 days of custody credit. We also have learned that, pursuant to statute, a third or subsequent conviction for public indecency (which itself is a misdemeanor) becomes a felony, and that person is required to register as a sex offender.

The choice to press criminal charges and/or report improper conduct to the Sheriff belongs to each of you individually, and it will not be second-guessed. Please remember, whatever your action, you do not have to accept abuse from any pretrial detainee merely because he is a client of the Public Defender.

Lester Finkle
Chief of Staff



Law Office of the Cook County Public Defender
69 W. Washington
16th Floor
Chicago, IL 60602
312-603-0718
312-603-9878 (fax)
lester.finkle@cookcountyil.gov

1



DEPOSITION EXHIBIT
Brown #5
9-27-18 Ja7

CCPD_003153