IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, SARAN CRAYTON, SAMANTHA SLONIM, CELESTE ADDYMAN, ERIKA KNIERIM and JULIE HULL, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, <br><br> Plaintiffs, <br><br> v. <br><br> COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, <br><br> Defendants. | Case No. 17-cv-8085 <br><br> Judge Matthew Kennelly |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

**NOW COME** the Class Representatives, plaintiffs Crystal Brown, Saran Crayton, Samantha Slonim, Celeste Addyman, Erika Knierim, and Julie Hull, and for the reasons set forth in their Memorandum of Law and exhibits filed herewith, request preliminary approval of the class action settlement reached by the parties in this action.

Respectfully submitted,

/s/ Robin Potter and M. Nieves Bolanos
Class Counsel

Robin Potter, Esq.
M. Nieves Bolaños, Esq.
POTTER & BOLAÑOS, P.C.
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **Plaintiffs Motion for Preliminary Approval of Class Action Settlement** was served upon all parties by ECF on February 21, 2020.

                                            By: /s/ Nieves Bolanos
                                            Attorneys for the Plaintiffs