IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons,<br><br>    Plaintiffs,<br><br>COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County,<br><br>    Defendants. | Case No. 17-cv-8085<br><br>Judge Matthew Kennelly |

## NOTICE OF MOTION

TO: All Parties of Record via ECF

  PLEASE TAKE NOTICE that on February 25, 2020 at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew Kennelly in the courtroom usually occupied by him at the Dirksen Federal Building at 219 South Dearborn Street, Courtroom 2103, and then and there present the attached **Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement**, a copy of which is attached hereto and is hereby served upon you.

            By: /s/ Nieves Bolanos
            Attorneys for the Plaintiffs

Robin Potter
M. Nieves Bolaños
POTTER BOLAÑOS LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
robin@potterlaw.org
nieves@potterlaw.org
Phone: (312) 861-1800
www.potterlaw.org

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Motion was served upon all parties by ECF on February 21, 2020.

                        By: /s/ Nieves Bolanos
                        Attorneys for the Plaintiffs