IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BROWN, et al., on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 17-cv-8085 |
| Plaintiffs, | ) ) ) | Judge Matthew F. Kennelly |
| v. | ) ) ) | |
| COOK COUNTY, et al. | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 24, 2020, the Parties submit the following Joint Status Report for the Court's consideration.

### a. The Progress of Discovery

The Parties have reached a settlement and Plaintiffs' Motion for Preliminary Approval has been granted. Doc. 253. The Parties do not anticipate any further discovery in this matter.

### b. The Status of Briefing on any Unresolved Motions

Pursuant to the Court's March 5, 2020 Order, Plaintiffs will file 1) a fee petition on or before May 22, 2020, and 2) a Motion to Finally Approve the Settlement on or before September 11, 2020. Doc. 253.

### c. Settlement Efforts

The Parties have reached a settlement and Plaintiffs' Motion for Preliminary Approval has been granted. Doc. 253.

    d.  **Agreed Proposed Schedule**

The Parties are agreed as to the motion schedule outlined above and in the Court's March 5, 2020 Order. Doc. 253.

    e.  **Agreed Proposed Revised Discovery and Dispositive Motion Schedule**

The Parties do not anticipate further discovery or dispositive motion at this time.

    f.  **Request any Agreed Action the Court Can Take Without a Hearing.**

Plaintiffs will file a motion to amend Exhibit A to the Settlement Agreement, which is the class list, to: 1) include Diana Garcia a current APD who was inadvertently left off the list and 2) remove Karla Neninger, who was inadvertently included though she had previously filed an exclusion in this matter. Doc. 230. Plaintiffs' counsel noted the error and Ms. Neninger was not sent a Notice of the Settlement. Defendants do not object to these proposed amendments to the class list. Plaintiffs will file their motion no later than May 25, 2020.

    g.  **State Whether the Parties Believe a Telephonic Hearing with the Judge is Necessary and Time Urgent, and If So, Identify the Issue that Warrants Discussion**

There are no time urgent issues at this time. The parties are available at the Court's convenience for any further proceedings on the matters raised in this Joint Statement.

    Respectfully submitted,

| | |
|---|---|
| **Counsel for the Class** | **Counsel for Tom Dart** |
| Robin Potter | Christina M. Egan |
| M. Nieves Bolaños | David D. Leishman |
| POTTER BOLAÑOS LLC | Katharine Lennox |
| 111 East Wacker Drive, Suite 2600 | McGuire Woods |
| Chicago, IL 60601 | 77 W. Wacker Drive |
| (312) 861-1800 | Suite 4100 |
| robin@potterlaw.org | Chicago, IL 60601 |
| nieves@potterlaw.org | (312) 750-8644 |
| | cegan@mcguirewoods.com |
| | klennox@mcguirewoods.com |
| | dleishman@mcguirewoods.com |

| | |
|---|---|
| **Counsel for Amy Campanelli** | **Counsel for Cook County** |
| Michael Condon | Elizabeth Ekl |
| Michael Bersani | Reiter Burns LLP |
| Yordana Wysocki | Suite 5200 |
| Hervas, Condon & Bersani, P.C. | 311 S Wacker Drive |
| 333 Pierce Road | Chicago IL 60606 |
| Suite 195 | 312 878-1297 |
| Itasca, IL 60143 | eekl@reiterburns.com |
| (630) 773-4774 | |
| mcondon@hcbattoorneys.com | |
| mbersani@hcbattorneys.com | |
| ywysocki@hcbattorneys.com | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **JOINT STATUS REPORT** was served upon all parties by e-filing this 18th day of May 2020 with the Clerk of the Court using the CM/ECF system.

                                                By: /s/ M. Nieves Bolanos
                                                One of Plaintiffs' Attorneys