# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, SARAN CRAYTON, SAMANTHA SLONIM, CELESTE ADDYMAN, ERIKA KNIERIM and JULIE HULL, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | )<br>)<br>)<br>)<br>) Case No. 17-cv-8085<br>) |
| Plaintiffs, | ) Judge Matthew Kennelly<br>) |
| COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The Class Representatives, Crystal Brown, Saran Crayton, Samantha Slonim, Celeste Addyman, Erika Knierim, and Julie Hull, and Class Counsel, Robin Potter and M. Nieves Bolaños, bring this Motion to request final approval of the class action settlement reached by the parties in this action. As set forth in the memorandum of law filed herewith, the settlement should be approved because it is fair, reasonable and adequate within the meaning of Fed.R.Civ.P. 23(e).

        Respectfully submitted,

        /s/ Robin Potter and M. Nieves Bolanos
        Class Counsel

Robin Potter, Esq.
M. Nieves Bolaños, Esq.
POTTER BOLAÑOS LLC
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT was served upon all parties by e-filing this **11th** day of **September**, 2020 with the Clerk of the Court using the CM/ECF system.

/s/ Robin Potter
One of Plaintiffs' Attorneys