# GROUP EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 17-cv-8085<br><br>Judge Matthew Kennelly |

## DECLARATION OF BRENDA ALBA

I, Brenda Alba, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I was employed as a law clerk with the Cook County Public Defender ("CCPD")'s office from approximately May 31, 2016 through approximately July 25, 2016.

2. The Notice of Class Action Settlement and Claim Form from this case was initially mailed to an address where I no longer reside.

3. On approximately, July 20, 2020, my former landlord provided me with mail that had been delivered to my former address. The Notice of Class Action Settlement and Claim form were included. That was the first notice I had of the settlement.

4. I filled out the claim form as soon as I was able and submitted it by email to the Claims Administrator and Potter Bolanos LLC on July 23, 2020.

5. I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.

*Brenda Alba*
Brenda Alba

### CERTIFICATION

I, BRENDA ALBA, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this 7 day of September, 2020.

*Brenda Alba*
Brenda Alba

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 17-cv-8085 |
| COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, ) ) ) ) ) ) ) ) ) | Judge Matthew Kennelly |
| Defendants. ) | |

## DECLARATION OF JESSICA WILSON

I, Jessica Wilson, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I was employed as a law clerk with the Cook County Public Defender ("CCPD")'s office from approximately June 2017 through approximately August 2017.

2. On approximately March 24, 2020, and because of the Covid-19 pandemic, I went to stay with my parents at their home in Georgia where Covid-19 rates were significantly lower than in Chicago.

3. While I was in Georgia, the Notice of Class Action Settlement and Claim Form in this case was delivered to my home address.

4. I arrived back to my home address on May 30, 2020 and reviewed my mail. That was the first notice I had of the settlement.

5.      I filled out the claim form as soon as I was able and submitted it by email to the Claims Administrator on May 30, 2020.

6.      I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.

_____
Jessica Wilson

## CERTIFICATION

I, JESSICA WILSON, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this __27__ day of August, 2020.

_____
Jessica Wilson

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-8085 |
| COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | ) ) ) ) ) ) ) ) | Judge Matthew Kennelly |
| Defendants. | ) ) | |

## DECLARATION OF NICOLE PILEGGI

I, Nicole Pileggi, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I have been employed as an Assistant Public Defender with the Cook County Public Defender ("CCPD")'s office since approximately July 29, 2019 through the present.

2. I received a copy of the Notice of Class Action Settlement and Claim Form in the above-captioned case by mail.

3. I do not recall the date I received the Notice and Claim Form, but I regularly experience significant delays in the receipt of my mail.

4. In approximately March 19, 2020, due to the Covid-19 pandemic, I was required to take over the care of my mother and her property. My mother is older and in an at-risk category due to health issues, including a compromised immune system.

5. I work in CCPD's Trial Technology Division. As a result of Covid-19, much of CCPD's office shifted to working remotely using technology that many had not previously utilized. The Trial Technology division became the *de facto* liaison for CCPD and the Cook County Bureau of Technology and assisted in providing support for those who were unfamiliar with the technology or who experienced problems connecting to and utilizing the technology for any reason. This caused my workload to increase significantly.

6. Caring for my mother, taking over the maintenance of her two homes, and the continuing work of closing out my deceased father's affairs, in addition to working full time with an increased workload, caused me to lose track of the deadline to submit my claim form.

7. When I realized the date had passed, I immediately filled out and emailed the claim form to the Class Administrator as soon as I was able.

8. I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.

_Nicole Pileggi_
Nicole Pileggi

### CERTIFICATION

I, NICOLE PILEGGI, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this  8th  day of September, 2020.

_Nicole Pileggi_
Nicole Pileggi

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, ) ) ) ) | |
| Plaintiffs, ) | Case No. 17-cv-8085 |
| ) | |
| COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, ) ) ) ) ) ) ) | Judge Matthew Kennelly |
| ) | |
| Defendants. ) | |

## DECLARATION OF KYLE LAPPIN

I, Kyle Lappin, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I have been employed as an Assistant Public Defender with the Cook County Public Defender ("CCPD")'s office from approximately February 9, 2015 through the present.

2. I received a copy of the Notice of Class Action Settlement and Claim Form in the above-captioned case by mail.

3. In March, April and May 2020, due to the coronavirus-related stay-at-home order, I was not able to access our office. Accordingly, I did not have the calendars, planners and other materials I needed to fill out the Claim Form as accurately as possible.

4. Once the coronavirus-related restrictions were lifted, I was able to obtain those materials, fill out my Claim Form, and submit it by mail to the Claims Administrator as soon as possible.

5.  I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.



Kyle Lappin

## CERTIFICATION

I, KYLE LAPPIN, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this __27__ day of August, 2020.

Kyle Lappin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-8085 |
| COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | ) ) ) ) ) ) ) ) | Judge Matthew Kennelly |
| Defendants. | ) ) | |

### DECLARATION OF JACQUELINE KLIMENT

I, JACQUELINE KLIMENT, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I was employed as a law clerk with the Cook County Public Defender ("CCPD")'s office from approximately June to November 2016.

2. The Notice of Class Action Settlement and Claim Form ("Notice") in the above-captioned case was initially mailed to my prior residence in Smyrna, Georgia.

3. The US Postal Service forwarded the Notice to my current residence in St. Charles, Illinois, and as a result, I did not receive it until the middle of June 2020.

4. After I received the form, I filled it out and submitted it by mail to the Claims Administrator as soon as I was able, on or about June 24, 2020.

5. I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.

_____
Jacqueline Kliment

## **CERTIFICATION**

I, JACQUELINE KLIMENT, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this 26 day of August, 2020.

_____
Jacqueline Kliment

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons,  )<br>)<br>)<br>) | |
| Plaintiffs,  ) | Case No. 17-cv-8085 |
| )<br>COOK COUNTY; LAW OFFICE OF THE  )<br>COOK COUNTY PUBLIC DEFENDER; AMY  )<br>CAMPANELLI, in her capacity as Public  )<br>Defender of Cook County; and THOMAS  )<br>DART, in his official capacity as Sheriff of  )<br>Cook County,  )<br>)<br>Defendants.  ) | Judge Matthew Kennelly |

**DECLARATION OF ERICA GREENE**

I, Erica Greene, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I was employed as an Assistant Public Defender ("APD") with the Cook County Public Defender ("CCPD")'s office between approximately August 5, 2014 and through the present.

2. I received a mailed copy of the Notice of Class Action Settlement and I filled it out May 5, 2020.

3. In approximately March 2020, as a result of the pandemic, our office made the decision to have us work remotely from home. Until then I had almost never worked from home.

4. Working remotely was a big adjustment for me and at some point, during the shuffle back and forth from home, to office, to court, my completed claim form was inadvertently placed in one of my case files.

5. I made this discovery on approximately June 30, 2020 and planned to immediately submit my completed claim form for possible consideration.

6. In July 2020 I became extremely ill. I tested positive for Covid-19 on approximately July 27, 2020 and for at least two weeks from when I began experiencing symptoms I did not return to the office.

7. As a result of my illness, I am still mostly working remotely though I began going back to the office for short periods of time in August. When I returned to work, I realized my claim form had not yet been mailed.

8. Upon this realization, I sent the claim form as soon as I was able by email on August 26, 2020.

9. I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.

_____
Erica Greene

## CERTIFICATION

I, ERICA GREENE, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this _10_ day of September, 2020.

_____
Erica Greene

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons,<br><br>                 Plaintiffs,<br><br>COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County,<br><br>                 Defendants. | Case No. 17-cv-8085<br><br>Judge Matthew Kennelly |

## DECLARATION OF MARIA TERESA GONZALEZ

I, Maria Teresa Gonzalez, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I was employed as an Assistant Public Defender ("APD") with the Cook County Public Defender ("CCPD")'s office between approximately August 12, 2013 through November 25, 2017. I am not currently employed with CCPD.

2. I did not receive a mailed copy of the Notice of Class Action Settlement.

3. I was generally aware that a settlement had been reached, and that a claim form would be sent in the mail.

4. I wanted to participate in the settlement and was waiting to receive the claim form in the mail.

5. I had provided my updated mailing address to my union and colleagues and it was my understanding I would receive the claim form in the mail. I understood the claim form would

be due at the end of the month of May, but I was not advised of the exact date it was due.

6. When I did not receive a paper form by the end of the month of May, I reached out to colleagues who said I could submit a claim form via a website and provided me the website address.

7. Once I learned about the website, I filled out the claim form online as soon as I was able and submitted it to the Claims Administrator on May 30, 2020.

8. I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.

_____
Maria Teresa Gonzalez

## CERTIFICATION

I, MARIA TERESA GONZALEZ, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this 7th day of September 2020.

_____
Maria Teresa Gonzalez

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 17-cv-8085 |
| COOK COUNTY; LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, ) ) ) ) ) ) ) ) | Judge Matthew Kennelly |
| Defendants. ) | |

## DECLARATION OF MELISSA BERMAN

I, Melissa Berman, on oath and under penalty of perjury, and upon my personal knowledge and belief, depose and state as follows:

1. I worked as a law clerk with the Cook County Public Defender ("CCPD")'s office from approximately September 28, 2016 to December 20, 2016, and as an Assistant Public Defender from approximately May 29, 2019 to the present.

2. I received a copy of the Notice of Class Action Settlement and Claim Form in the above-captioned case by mail.

3. Due to an oversight, I mis-calendared the day it was due and submitted my claim form online on or about May 30, 2020, one day late.

4. My parents have severe health conditions. In the Spring of 2020, I helped them relocate from Florida so I could assist with their medical care. This was challenging due to the pandemic-related restrictions and their pre-existing medical conditions.

5. I had more than 140 clients as an Assistant Public Defender in May 2020, and at that time, I was preparing to resume Court via "Zoom" due to the corona-virus related restrictions, which added to my workload.

6. In addition, I work a second job on the weekends as a writer for a local television news station. The killing of George Floyd and the related protests occurred during the last week of May 2020, and we were extremely busy at the station as a result due to the intensive coverage of these events.

7. As a result of the above, I submitted my claim form one day late. I request the Court consider my claim form submission in light of the factors set forth above.

DECLARANT FURTHER SAYETH NAUGHT.

_Melissa Berman_
Melissa Berman

### CERTIFICATION

I, MELISSA BERMAN, certify under penalty of perjury under the laws of the United States of America and the State of Illinois that statements made in my declaration are true and correct, except as to matters stated to be on information and belief and as to such matters, I certify that I verily believe them to be true and correct.

Executed on this  31st  day of August, 2020.

_Melissa Berman_
Melissa Berman