# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Crystal Brown, et al.

                Plaintiff,

v.

Cook County, et al.

                Defendant.

Case No.: 1:17−cv−08085
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 18, 2020:

    MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic final approval and motion hearings held on 9/18/2020. Plaintiffs' motions for attorney fees [261] and final approval of settlement [273] are granted for the reasons stated in open court. Order Regarding Contacting Class Members and Final Approval of Class Action Settlement to follow. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.