IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | ) ) ) ) |
| Plaintiffs, | ) Case No. 17-cv-8085 ) |
| COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | ) Judge Matthew Kennelly ) ) ) ) |
| Defendants. | ) |

### ORDER REGARDING CONTACTING CLASS MEMBERS

Upon consideration and review of Plaintiffs' Motion for Final Approval, the Court authorizes Class Counsel to begin contacting the Class Members who they believe may not have received Notice as described in their Memorandum immediately, prior to the Final Approval Hearing. Class Counsel may report at the Hearing regarding their contacts to date.

DATED: sept. 18, 2020

_____
THE HONORABLE MATTHEW F. KENNELLY
United States District Judge