IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, <br><br> Plaintiffs, <br><br> v. <br><br> COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, <br><br> Defendants. | Case No. 17-cv-8085 <br><br> Judge Matthew Kennelly |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE CLAIM FORM DATA
THAT WAS PREVIOUSLY SUBMITTED *IN CAMERA* UNDER SEAL**

NOW COME the Plaintiffs, pursuant to the Court's Order of September 18, 2020 (Doc. 279), and hereby request leave to file documents that were previously submitted to the Court *in camera* under seal. In support of this motion, Plaintiffs state:

1. On September 15, 2020, this Court granted Plaintiffs' motion to file Claim Forms submitted by individual class members *in camera* to protect confidentiality of the information contained therin, including medical information. Doc. 279. Pursuant to this Order, Plaintiffs submitted hard-copy Claim Forms and a spreadsheet containing output for claims that were submitted electronically to the Court *in camera* for its review prior to the Final Approval hearing, along with a Declaration from the Claims Administrator that explained the data.

2. On September 18, 2020, during the Final Approval hearing, the Court directed Plaintiffs' counsel to find a way to file this information under seal.

3. Local Rule 26.2(e) requires that "Any sealed document served on any other party and any judge's paper courtesy copy must be a complete version, without any redactions made to create

the public-record version unless otherwise ordered for good cause shown." Thus, filing these papers under seal would ordinarily require Class Counsel to produce the Claim Forms to Defendants without redaction.

4. However, Defendants' counsel have agreed to forego this requirement with respect to the data that was submitted to the Court and do not object to Plaintiffs filing these documents under seal without serving copies on them.

5. This Court's Standing Order regarding "Protective Orders; Filing of Documents Under Seal" requires that:

> In any case in which Judge Kennelly permits a portion of a document to be filed under seal, the party filing the document must also file a public-record version that includes the entire filing except for the portions that are being filed under seal.

6. To comply with this Standing Order, Plaintiffs therefore also request leave to file the Claims Administrator's declarations without redaction and for leave to fully redact the remaining documents that were submitted *in camera* (the Claim Forms, cover letters and attachments to claim forms, and electronic claim form output). Confidentiality is necessary because the approved Claim Form assured claimants that their responses would remain confidential, as set forth in Plaintiffs' Motion. Doc. 276.

7. Additionally, the Claim Forms contain potentially identifying information such as contact information, dates of employment, number of incidents, number of reported and/or prosecution of incidents, as well as sensitive and protected information regarding medical and mental health treatnment/diagnosis.

**WHEREFORE**, Plaintiffs respectfully request leave to submit the Claim Forms and Claim Form output that were previously submitted to the Court *in camera* under seal, with all

documentsfully redacted, and without service of copies on the Defendants, by their agreement but producing the Claims Administrator's Declarations in full without redaction.

By: /s/ M. Nieves Bolanos<br>
Attorneys for the Plaintiffs

Robin Potter
M. Nieves Bolaños
POTTER BOLAÑOS LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
robin@potterlaw.org
nieves@potterlaw.org
Phone: (312) 861-1800
www.potterlaw.org

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing Unopposed Motion to File Claim Form Data that was Previously Submitted *In Camera* Under Seal was served upon all parties by ECF on October 19, 2020.

                                    By: M. Nieves Bolaños