IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 17-cv-8085 |
| COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | ) ) ) ) ) ) | Judge Matthew Kennelly |
| Defendants. | ) | |

**PLAINTIFFS' REPORT ON SETTLEMENT ADMINISTRATION
AND MOTION FOR ENTRY OF FINAL JUDGEMENT**

NOW COME the Plaintiffs, pursuant to the Court's Orders of September 18, 2020 (Doc. 282) and during the Final Approval Hearing held on that date, and hereby submit this report on the administration of the settlement fund and request entry of final judgment in this matter in the proposed Order attached hereto as Exhibit 1. In support of this motion, Plaintiffs state:

1. On September 18, 2020, this Court authorized Class Counsel to contact class members they believed may or may not have received Notice of the settlement and directed Class Counsel to file a report within thirty days regarding the outcome of these additional contacts. Doc. 281, 282.

2. Attached as Exhibit 2 is the Claims Administrator's supplemental Declaration. As set forth therein, on October 2, 2020, the Claims Administrator re-mailed Notices to 20 Settlement Class Members for whom there was additional and/or potentially conflicting contact information or who did not receive mailed notice. Exh. 2, attached hereto.

3. Additionally, Class Counsel reached out to class members who did not receive mailed notice and/or to confirm receipt of the original notice as they were able. Class Counsel were able to reach all but five of the Class Members' whose notices were returned and unable to be forwarded. (Doc. 274, p. 4).

4. After this mailing and Class Counsel's contacts, four additional claimants who had not previously received notice submitted claims. *Id.* The Claims Administrator has scored three of the claims in the manner approved by the Court and re-apportioned the settlement fund. *Id.*

5. Class Counsel would like to follow up with seven class members, including one class member who received the supplemental mailing on Saturday, October 17, 2020 and plans to submit a claim.

6. Class Counsel request leave to file an updated and final reporting of all additional claims on or before October 29, 2020. This will provide AB Data sufficient time to update the allocations, including the additional claim that counsel expects will be submitted, and for Class Counsel to provide the same to the Court and prior to entry of a Final Judgement in this matter in sufficient time for the County to approve the settlement at its next scheduled meeting.

7. This request, if granted, will further the aims of the litigation and settlement to ensure all class members who wish to claim in are reached.

8. Defendants have confirmed that an order entered on or before November 2, 2020 will enable this matter to be added to the agenda and voted upon at the November 17, 2020 Cook County Finance Committee meeting and the November 18, 2020 Cook County Board of Commissioners meeting.

9. Defendants do not oppose this additional time for the filing of the Final Report so long as it will not affect the Court's ability to enter a Final Judgement on November 2, 2020.

10. Class Counsel can promptly provide the Court with the copy of the claim form(s) and/or data output for each additional claimant to the Court upon the Court's request, but seek leave to do so *in camera*, and utilizing the previous process and that described in their Motion to File Under Seal (Doc. #284). As such, the claim forms/output would be filed under seal and without the requirement that opposing counsel receive a copy of the unredacted documents. As noted in Plaintiffs' Motion to File Under Seal, Defendants do not oppose this process. (Doc #276).

11. The three new claims received and scored do not significantly impact the allocations to class members that were previously approved by the Court in its Final Approval Order (Doc. 282) and to the extent any additional claims are received, class counsel anticipates similar minimal impact. See, Doc. 274-6, Para 14.

12. Plaintiffs request the Court enter the attached proposed Order on November 2, 2020 so that the Cook County Board of Commisioners (the "Board") can ratify approval of the settlement at its next meeting on November 18, 2020, as discussed in the final approval hearing. Exh. 3, at 9-12.

13. The proposed timing for the issuance of the final judgment order was set forth in Plaintiffs' Final Approval Memorandum and discussed during the final approval hearing. Doc. 274, at 18; Exh. 3, at 11. The County repeatedly represented that the Board will approve the settlement during negotiations and during the final approval hearing. See, Exh. 3, at 11:17-19. However, if for some unanticipated reason the Board does not approve the settlement on November 18, 2020, Plaintiffs will file a Motion pursuant to Fed.R.Civ.P. 59 to abrogate the Order and reinstate the case. Defendants will not oppose such a Motion.

**WHEREFORE**, for the reasons set forth above, Plaintiffs respectfully request the Court 1) allow Class Counsel to submit a Final Report on the Class Fund distribution by October 29, 2020, and 2) enter the proposed Order attached as Exhibit 1 on November 2, 2020.

By: /s/ M. Nieves Bolanos
Attorneys for the Plaintiffs and the Class

Robin Potter
M. Nieves Bolaños
POTTER BOLAÑOS LLC
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
robin@potterlaw.org
nieves@potterlaw.org
Phone: (312) 861-1800
www.potterlaw.org

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing PLAINTIFFS' REPORT ON SETTLEMENT ADMINISTRATION AND MOTION FOR ENTRY OF FINAL JUDGEMENT was served upon all parties by ECF on October 19, 2020.

                                        By: <u>M. Nieves Bolaños</u>