# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a class of Similarly Situated Persons, </br></br>                Plaintiffs, </br></br>COOK COUNTY; AMY CAMPANELLI, in her official capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, </br></br>                Defendants. | Case No. 17-cv-8085 </br></br>Judge Matthew Kennelly |

### SETTLEMENT ADMINISTRATOR'S SUPPLEMENTAL DECLARATION

I, Eric Schachter, declare as follows:

    1.    I am a Vice President of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin.

    2.    I submit this Declaration as a supplement to the Settlement Administrator's Declaration submitted to the Court on September 16, 2020 (the "Administrator Declaration"), which I fully incorporate herein. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

    3.    As detailed in Paragraph 9 of the Administrator Declaration, Class Counsel and A.B. Data undertook additional research efforts to identify Settlement Class Members who did not submit a Claim Form and potentially had conflicting contact information. As a result of these efforts, we identified 20 such Settlement Class Members for whom updated or corrected mailing information was available.

    4.    On October 2, 2020, A.B. Data caused the Class Notice and Claim Form (the "Notice Packet") to be mailed to these 20 Settlement Class Members using updated contact information. The Notice Packet included a cover letter which informed these Settlement Class Members that in order to be eligible

1

to recover a monetary benefit from the Settlement, the Claim Form must be completed and submitted by mail or online to the Settlement Administrator by October 14, 2020.

5. As of the date of this declaration, a total of four additional Claim Forms have been submitted. AB Data has updated the detailed output from our claims database which includes three of the newly submitted claims. A fourth claim form was received today, and AB Data will score this claim, as well as any other claims received as a result of Class Counsel's outreach and update the allocations promptly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of October 2020.

_____
Eric Schachter