# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 17-cv-8085 |
| | ) |
| COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | ) Judge Matthew Kennelly<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**[PROPOSED] ORDER AND FINAL JUDGMENT [TO BE ENTERED ON NOVEMBER 2, 2020]**

Upon consideration and review of Plaintiffs' Final Report on Settlement Administration and Motion for Entry of Final Judgment, and for the reasons set forth in the Court's Final Approval Order (Doc. 282), it is hereby ORDERED:

1) The Parties' Proposed Settlement Agreement is Approved;
2) The Claims Administrator's and Class Counsel's proposed allocation of the Settlement Fund is Approved;
3) The Service Payments to the Class Representatives, Named Plaintiffs and Class Members as set forth in the Final Approval Order are Approved;
4) The Award of Attorneys' fees, costs and expenses as set forth in the Final Approval Order is Approved;
5) Class members who did not timely exclude themselves are permanently enjoined from pursuing or seeking to reopen any Released Claims against any and all releasees in the Settlement Agreement;
6) Cook County is directed to submit the Settlement for approval pursuant to Paragraph 24 of the Settlement Agreement on or before November 2, 2020 in order to be heard and voted on by the Cook County Finance Committee Meeting scheduled for November 17, 2020 and the Cook County Board of Commissioners Meeting scheduled for November 18, 2020;
7) Class Counsel are directed to bring a Motion pursuant to Fed.R.Civ.P. 59 if the matter is not voted upon and/or approval is not granted at either the Cook County Finance Committee or Cook County Board of Commissioners meeting;
8) Defendants will not oppose Plaintiffs' Rule 59 Motion if the Settlement is not approved by November 18, 2020;
9) The case is dismissed with prejudice; and,
10) This Order is final and appealable.

DATED: November 2, 2020

                                                                                             _____
                                                                                             THE HONORABLE MATTHEW F. KENNELLY
                                                                                             United States District Judge