IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BROWN, SARAN CRAYTON, SAMANTHA SLONIM, CELESTE ADDYMAN, ERIKA KNIERIM and JULIE HULL, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | ) ) ) ) ) ) | Case No. 17-cv-8085 |
| Plaintiffs, | ) ) | Judge Matthew Kennelly |
| COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION TO MODIFY PARAGRAPH 26
OF THE PARTIES' SETTLEMENT AGREEMENT AND RELEASE**

NOW COME the Parties, pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, and hereby submit this agreed motion and agreed draft Order to modify Paragraph 26 of the Parties' Settlement Agreement. The Motion should be granted for the reasons that follow:

1. On November 2, 2020, this Court granted final approval of the Joint Stipulation of Settlement Agreement and Release and dismissed the case. Doc. 289.

2. The Cook County Board of Commissioners unanimously voted to approve the Settlement Agreement and Release on November 19, 2020. Doc. 249-3.

3. Paragraph 24 of the Settlement Agreement, under the heading "Cook County Payment of Money" provides that Cook County shall make one payment in the form of a check payable to the Claims Administrator, A.B. Data, Ltd. Paragraph 26 under the same section heading provides: "Individual Monetary Awards to Settlement Class Members will be reported to the appropriate tax authorities on an IRS Form 1099 Misc, Box 3, issued to each Class Member for calendar year 2020." Doc. 249-3.

4. The County will issue payment to the Claims Administrator in 2020 and will, accordingly, issue an IRS Form 1099 to the Claims Administrator for the calendar year 2020.

5. Because Cook County is only responsible for the payment to the Claims Administrator, not to the individual class members, Paragraph 26 conflicts with Paragraph 24 and Paragraph 25 which provide that, *inter alia*, the distribution of the Settlement Fund is to be overseen by the Claims Administrator.

6. The Claims Administrator has sent a request for tax information and/or social security numbers to Class Members, and it is possible responses from some Class Members may not be received in time to process their payments in Calendar Year 2020. In that event, payments will be processed and issued by the Claims Administrator in Calendar Year 2021.

7. Class Counsel and Counsel for Cook County conferred telephonically and by electronic mail about the conflicting language in Paragraph 26.

8. Counsel for all Parties are in agreement that modification of Paragraph 26 as follows is consistent with the intent of the Parties at the time the Settlement Agreement and Release was drafted and signed:

> The Settlement Payment to the Claims Administrator, Brown v. Cook County Settlement c/o A.B. Data, Ltd., will be reported by Cook County to the appropriate tax authorities on an IRS Form 1099 Misc for calendar year 2020.

9. The requested modification does not alter any material term to the settlement or any of the Court's orders.

10. Paragraph 48 of the Settlement Agreement permits modification of the agreement if the parties agree (which they do) and the Court approves. Doc. 249-3.

**WHEREFORE,** the Parties respectfully request the Court modify Paragraph 26 of the Settlement Agreement as set forth above and enter the draft Agreed Order attached as Exhibit 1.

Respectfully submitted,

/s/ Robin Potter and M. Nieves Bolanos
Class Counsel

Robin Potter, Esq.
M. Nieves Bolaños, Esq.
POTTER BOLAÑOS LLC
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org

**JOINED BY:**

**Counsel for Tom Dart**
s/ Christina Egan
Christina M. Egan
David D. Leishman
Katharine Lennox
McGuire Woods
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
cegan@mcguirewoods.com
klennox@mcguirewoods.com
dleishman@mcguirewoods.com

**Counsel for Amy Campanelli**
s/ Yordana Wysocki
Michael Condon
Michael Bersani
Yordana Wysocki
Hervas, Condon & Bersani, P.333 Pierce Road
Suite 195
Itasca, IL 60143
mcondon@hcbattoorneys.com
mbersani@hcbattorneys.com
ywysocki@hcbattorneys.com

**Counsel for Cook County**
/s Elizabeth Ekl
Elizabeth Ekl
Reiter Burns LLP
311 S Wacker Drive, Suite 5200
Chicago IL 60606
(312) 878 1297
eekl@reiterburns.com

3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **AGREED MOTION TO MODIFY PARAGRAPH 26 OF THE PARTIES' SETTLEMENT AGREEMENT** was served upon all parties by e-filing this **30th** day of **November**, 2020 with the Clerk of the Court using the CM/ECF system.

                                  /s/ Robin Potter
                                  One of Plaintiffs' Attorneys