# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BROWN, et al., on Behalf of Themselves and a Class of Similarly Situated Persons, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17-cv-8085 |
| | ) | |
| COOK COUNTY; AMY CAMPANELLI, in her capacity as Public Defender of Cook County; and THOMAS DART, in his official capacity as Sheriff of Cook County, | ) ) ) ) ) | Judge Matthew Kennelly |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration and review of the Parties' Agreed Motion to Modify Paragraph 26 of the Settlement Agreement, it is hereby ORDERED:

1) Paragraph 26 of the Settlement Agreement is hereby modified for the reasons stated in the Agreed Motion to read:

   The Settlement Payment to the Claims Administrator, Brown v. Cook County Settlement c/o A.B. Data, Ltd., will be reported by Cook County to the appropriate tax authorities on an IRS Form 1099 Misc for calendar year 2020.

DATED: _____

_____
THE HONORABLE MATTHEW F. KENNELLY
United States District Judge